UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FOLOSADE OLOFINLADE & FOLOSADE OLOFINLADE, next friend and parent of JANE DOE, ALIAS, A MINOR<br>Plaintiffs,<br><br>v.<br><br>ATMED TREATMENT CENTER, INC.; TOWN OF JOHNSTON; JOSEPH CHIODO, in his capacity as Finance Director Town of Johnston; WILLIAM CONLOY in his capacity as Solicitor for the Town of Johnston; TOWN OF JOHNSTON POLICE DEPARTMENT; and TOWN OF JOHNSTON FIRE DEPARTMENT,<br>Defendants. | C.A. No. 19-021-JJM-LDA |

## ORDER

Both Atmed Treatment Center, Inc. and all the Town of Johnston Defendants filed Motions to Dismiss instead of answers in response to Plaintiff Folosade Olofinlade's complaint. Ms. Olofinlade makes several claims, rooted in race and national origin discrimination and intentional tort, arising out of an incident at Atmed where Ms. Olofinlade and her daughter were confined along with her ill brother-in-law for four hours because Atmed suspected he had Ebola. In response to the Motions to Dismiss, Ms. Olofinlade asks to amend her complaint, specifically the premises liability claim.

The Court finds that the complaint (ECF No. 1-2) is deficient in that it does not in some cases put the Defendants on notice of the claims against them. Because of the serious nature of the allegations, amendment rather than dismissal, at this time is appropriate. The Court directs Ms. Olofinlade to amend her complaint to make specific, plausible allegations above and beyond the bare elements of each claim and to specify which Defendants' conduct is implicated in each allegation.

An amended complaint must be filed by September 20, 2019. Defendants' Motions to Dismiss (ECF Nos. 8, 9) are DENIED without prejudice.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Judge

August 23, 2019