UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FOLOSADE OLOFINLADE,
& FOLOSADE OLOFINALDE, NEXT FRIEND AND
PARENT OF JANE DOE, ALIAS, A MINOR,
    Plaintiffs

C.A. No.: 19-cv-00021-JJM-LDA

v.

ATMED TREATMENT CENTER, INC.;
TOWN OF JOHNSTON;
JOSEPH CHIODO, IN HIS CAPACITY
AS FINANCE DIRECTOR
TOWN OF JOHNSTON;
WILLIAM CONLOY IN HIS CAPACITY
AS SOLICTOR FOR THE TOWN OF JOHNSTON;
TOWN OF JOHNSTON POLICE
DEPARTMENT; TOWN OF JOHNSTON FIRE
DEPARTMENT
    Defendants

## DISMISSAL STIPULATION

All claims are hereby dismissed with prejudice; no interest or costs are assessed.

Plaintiffs,
Folosade Olofinlade,
And Folosade Olofinlade, Next Friend and
Parent of Jane Doe, Alias, a Minor,
By their Attorney,

_/s/ Stephen T. Fanning_
Stephen T. Fanning, RI Bar No. 3900
305 South Main Street
Providence, RI 02903
stephenfanning@msn.com

Defendant,
Atmed Treatment Center,
By its Attorney,

_/s/ Michael R. De Luca_
Michael R. De Luca, RI Bar No. 3663
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

Defendant,
Town of Johnston, et al.
By their Attorney,

_/s/ Kathleen Hilton_
Kathleen Hilton, RI Bar No. 9473
60 Ship Street
Providence, RI 02903
katie@desistolaw.com

## CERTIFICATION

I hereby certify on this 3rd day of February, 2023, that I have filed and served the within document through the electronic filing system on the following parties:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI  02903
stephenfanning@msn.com

Kathleen A. Hilton, Esq.
DeSisto Law LLC
60 Ship Street
Providence, RI  02903
katie@desistolaw.com

/s/ Opal Vincent